**From:** Teisha Brincat
**Sent:** Wednesday, March 31, 2021 10:34 AM
**To:** 'mjohnson@rqn.com' <mjohnson@rqn.com>
**Cc:** Michelle Green <michelle@ggw-law.com>
**Subject:** Rabo AgriFinance LLC ("RAF") Notice of Events of Default dated 2/23/21

Good Morning, Mr. Johnson,

Please see the above attached letter from Michelle Green, which has been mailed to you via USPS Mail today.

Thank you,

-T

*Teisha R. Brincat*



NOTICE: This electronic mail message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachment, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies. To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law.



Via Mail and Email: mjohnson@rqn.com

March 31, 2021

Mr. Michael Johnson
Ray Quinney & Nebeker
PO Box 45385
Salt Lake City, Utah 84145-0385

RE: Rabo AgriFinance LLC ("RAF") Notice of Events of Default dated 2/23/21

Dear Mr. Johnson:

As you know, this law firm represents Easterday Farms Produce, Co. ("EFPC") and 3E Properties ("3E"). We have reviewed RAF's Renewed Notice of Default, Demand for Payment and Satisfaction and Full Reservation of Rights dated February 23, 2021 (the "Notice of Default").

In response, and on behalf of EFPC and 3E, we requested that RAF provide full payoff calculations on the following loans, referred to as Loan Obligation Nos. ▇▇▇▇5475 and ▇▇▇▇5485, as of March 17, 2021, to include a per diem amount for each day after March 17, 2021:

1. RLOC Credit Agreement Loan (as defined in the Notice of Default); and
2. RE Term Loan Credit Agreement Loan (as defined the Notice of Default).

Thereafter, RAF provided payoff statements for the above loans, as well as for the Vendor Credit Agreement (as defined in the Notice of Default). EFPC and 3E have now paid the RLOC Credit Agreement Loan and the RE Term Loan Credit Agreement Loan in full, including the entirety of the attorney's fees and costs claimed by RAF, notwithstanding our disagreement that any such attorney's fees and costs relate to defaults pertaining to RLOC Credit Agreement Loan and the RE Term Loan Credit Agreement Loan, versus the Vendor Credit Agreement.

On behalf of EFPC and 3E, and based upon the full payment of the RLOC Credit Agreement Loan and the RE Term Loan Credit Agreement Loan, we hereby demand that the following RAF security documents are released, terminated and/or satisfied:

1. UCC Financing Statement 2007-193-4236-5 (Paid in full 1/1/2018) – Please note that EFPC and/or 3E previously requested termination 9/10/20;
2. UCC Financing Statement 2008-178-6127-0 (Paid in full 10/1/2018) – Please note that EFPC and/or 3E previously requested termination 9/10/20;
3. UCC Financing Statement 2009-265-7986-8;
4. Mortgage, Security Agreement, Fixture Filing, & Financing Statement dated September 4, 2009;
5. UCC Financing Statement 2009-268-8977-6;
6. UCC Financing Statement 2018-247-0639-4; and
7. Mortgage Security Agreement, Fixture Filing, & Financing Statement dated August 9, 2018.

Please let us know any questions.

Sincerely,

MICHELLE A. GREEN

MAG:trb
cc:    Lindy Widner via email
        Jody Easterday via email