FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 3E PROPERTIES, a Washington general partnership, and EASTERDAY FARMS PRODUCE CO., a Washington corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc.,<br><br>   Defendant. | NO. 4:21-CV-05095-SAB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY** |

  Before the Court is Defendant's Motion to Stay Proceedings pending Resolution of Farms Adversary Proceeding, ECF No. 21. A video hearing was held on April 26, 2022. Daniel Steinberg appeared on behalf of Plaintiffs, and Michael Johnson and Bruce Medeiros appeared on behalf of Defendant.

  Just prior to the hearing, Plaintiffs filed a Declaration that had Bankruptcy Judge Holt's April 20, 2022 Order attached. ECF No. 27. According to Plaintiffs, the debtors in that bankruptcy action are releasing any claims they have to the title of the property at issue in this matter, which they believe moots the pending motion.

**ORDER GRANTING DEFENDANT'S MOTION TO STAY ~ 1**

Defendant does not believe its pending motion is moot at this stage of the proceedings. It asks the Court to grant the stay until July 31, 2022, to permit the parties to effectuate the terms of the global settlement in the bankruptcy matter. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Stay Proceedings Pending Resolution of Farms Adversary Proceeding, ECF No. 21, is **GRANTED**.

2. The above-captioned case is **STAYED** until **July 31, 2022**. If the global settlement is not effectuated by July 31, 2022, the parties shall contact the Court.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 26th day of April 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO STAY ~ 2**