FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 3E PROPERTIES, a Washington general partnership, and EASTERDAY FARMS PRODUCE CO., a Washington corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc.,<br><br>      Defendant. | NO. 4:21-CV-05095-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

    Before the Court is the parties' Stipulated Joint Motion to Dismiss With Prejudice, ECF No. 30. Plaintiff is represented by Michelle Green, Russell Garrett, and Daniel Steinberg. Defendant is represented by Bruce Medeiros and Michael Johnson.

    The parties inform the Court that they have settled and resolved their differences. They ask the Court to dismiss the action with prejudice, with each party to bear its own attorneys' fees and costs.

//

//

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Joint Motion to Dismiss With Prejudice, ECF No. 30, is **GRANTED**.

2. The above-captioned case is **DISMISSED**, with prejudice. All claims, counterclaims, and defenses are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of January 2023.

*Stanley A. Bastian*
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**